### 1740. MUNGIN *v.* THE STATE.

HILL, C. J.  There was no evidence whatever of the animus furandi; and the possession of the property by the defendant—the only circumstance indicating guilt—was fully explained, and was entirely consistent with innocence.          *Judgment reversed.*

Indictment for larceny, from McIntosh superior court—Judge Charlton presiding.  January 26, 1909.

Submitted March 30,—Decided April 15, 1909.

*W. deR. Barclay,* for plaintiff in error.

*N. J. Norman, solicitor-general,* contra.